Alfredo Pizarro-Franco  REG# 18903-069  Unit 2-B
Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, Pa. 17954-0670
Mailed from
Federal Correctional Institution
Schuylkill Pa.

TO   HIS HONOR Salvador E. Casellas USDC Judge
     c/o Clerk Of Court USDC For D. Of Puerto Rico
     Frederico Degetau Fed. Bldg.
     150 Carlos Chardon Ave.  [Hato Rey]

     San Juan, Puerto Rico   00918-1767

LEGAL MAIL

LEGAL MAIL

5/31/08

FCI-FPC SCHUYLKILL
P.O. BOX 700
MINERSVILLE, PA 17954

THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU.
THE LETTER HAS NEITHER BEEN OPENED NOR INSPECTED.
IF THE WRITER RAISES A QUESTION OR PROBLEM OVER
WHICH THIS FACILITY HAS JURISDICTION, INFORMATION
WILL BE FURNISHED. IF THE WRITER ENCLOSES CORRESPON-
DENCE FOR FORWARDING TO ANOTHER ADDRESSEE,
PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.
TO RETURN THE MATERIAL FOR FURTHER INFORMATION
OR CLARIFICATION, IF THE WRITER ENCLOSES CORRESPON-