**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | |
| v. | Criminal No. 97-72(9)(SEC) |
| ALFREDO PIZARRO-FRANCO | |
| Defendant | |

**ORDER**

Defendant Alfredo Pizarro-Franco has filed a Motion for Reduction of Sentence pursuant to 18 U.S.C.A. § 3582 in view of the Retroactive Application of the Crack/Cocaine Amendment to the Sentencing Guidelines (Docket# 761). In keeping with the Court's Administrative Directive, Misc. 08-031(JAF), the Court hereby NOTIFIES the U.S. Probation Office, the U.S. Attorney's Office and the Federal Public Defender of the pendency of this motion. The Court also APPOINTS the Federal Public Defender to represent the Defendant in this matter. Counsel are reminded that the deadlines to file their respective filings are as follows:

1- The U.S. Probation Office is to file a **Retroactivity Package**, as defined in the Administrative Directive, as to Defendant Ramón Ayala-Berdecía by **6/16/2008**

2- The Federal Public Defender is to file a **Stipulated Recommendation** to the Court by **June 26, 2008**.

If the parties cannot arrive at a Stipulated Disposition with regards to the pending motion, then they are to file the following documents by the following dates:

1- Both the Federal Public Defender and the U.S. Probation Office are to file simultaneous **Memoranda of Law** in support of their recommendations by **July 3rd, 2008**.

Any motion for extension of time should be filed **JOINTLY** by Counsel for all the parties involved, showing good cause why it should be granted.

**SO ORDERED.**

**Criminal No. 01-98(SEC)**                                                                 2
_____

      In San Juan, Puerto Rico, this 12th day of June, 2008.

                                    S/ *Salvador E. Casellas*
                                    SALVADOR E. CASELLAS
                                    U.S. Senior District Judge